# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRDIE DELAMBERT,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BENN; ELVIRA PINEDACARRAS; and DOES 1 to 25,<br><br>Defendant. | Case No. 1:25-CV-01072 JLT CDB<br><br>ORDER RE STIPULATED REMAND<br><br>(Doc. 8) |

Pursuant to the stipulation of the parties (Doc. 8), this matter is REMANDED to Kern County Superior Court.

IT IS SO ORDERED.

Dated: **October 14, 2025**

UNITED STATES DISTRICT JUDGE

1